IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00131-MR

| | |
|---|---|
| **STEVEN B. SHELTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **CAROLYN W. COLVIN, Acting** ) | |
| **Commission of Social Security** ) | |
| **Administration,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Response to Order [Doc. 7].

On September 30, 2014, the Court entered an Order directing the Plaintiff to show cause for his failure to effect service of the Summons and Complaint on the Defendant. [Doc. 3]. On October 1, 2014, the Plaintiff filed an Affidavit of Service [Doc. 4], along with a Response to the Show Cause Order [Doc. 5]. In response, the Court ordered the Plaintiff to present the Court with proof of service of process on the Social Security Administration within thirty (30) days of service of this Order. [Doc. 6]. On October 15, 2014, the Plaintiff filed a Response, advising that service was again attempted on the Social Security Administration and that the Plaintiff

has now received proof of service. [Doc. 7-2]. Additionally, counsel for the Social Security Administration filed a notice of appearance on October 24, 2014. [Doc. 8]. In light of these filings, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Show Cause Order [Doc. 3] is hereby **DISCHARGED**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge